# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CARDENAS,<br><br>    Petitioner,<br><br>v.<br><br>NEIL ADLER,<br><br>    Respondent. | 1:09-cv-01793 LJO MJS HC<br><br>ORDER VACATING ORDER TO SHOW CAUSE<br><br>(Doc. 9.)<br><br>ORDER DIRECTING RESPONDENT TO FILE A RESPONSE WITHIN SIXTY DAYS |

On October 7, 2010, the Court issued an order to show cause to Respondent. (Order, ECF No. 9.) In response, the United States Attorney filed a status report on November 10, 2010 (Status Report, ECF No. 10), and on November 12, 2010, Matthew P. Noel, Esq., filed a notice of appearance on behalf of Respondent. (Notice, ECF No. 11.)

Accordingly, the order to show cause is HEREBY VACATED. Respondent is directed to file a response to the petition within **sixty (60) days** of service of this order. All future filings shall comply with the terms of the scheduling order issued by the Court on July 15, 2010. (Scheduling Order, ECF No. 6.)

IT IS SO ORDERED.

Dated: November 16, 2010      /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE